United States Bankruptcy Court
Southern District of Georgia

```
The Heritage Bank,
         Plaintiff                                             Adv. Proc. No. 13-05008-JSD

SEGA Biofuels, LLC,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 113J-5          User: cking              Page 1 of 2            Date Rcvd: Nov 20, 2013
                              Form ID: pdf004          Total Noticed: 8
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2013.
```
intp           Bill Brunstad,   Chief Executive Officer
intp          +CT Corporation System,   Registered Agent,    1201 Peachtree St, NE,    Suite 1240,
               Atlanta, GA 30361-3514
intp           Ken Ciarletta,   Chief Operations Officer
intp           Melissa Deal,   Chief Operations Officer
intp           Phil Resch,   Chief Financial Officer
intp           Stephen L. Parker,   Chief Credit Officer
intp          +Zach Steele,   15333 Hwy 82,   Nahunta, GA 31553-3735
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion21.sv.ecf@usdoj.gov Nov 20 2013 19:14:08      Office of the U. S. Trustee,
               Johnson Square Business Center,    2 East Bryan Street, Ste 725,    Savannah, GA 31401-2638
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp           Atlantic Wood Pellets Athens, LLC
intp           Ben Easterlin
intp           Biofuels Holdings, LLC,   99% Owner of SEGA Biofuels, LLC
intp           Brian L. Smith,   President & Chief Executive Officer
intp           Curtis J. Tumlin, II,   Regional Vice President
intp           Douglas Albercht
intp           Enova Constructors, LLC
intp           Enova Energy Group, LLC,   89.5% Owner of Enova Processing, LLC
intp           Enova Operations
intp           Enova Processing, LLC,   15% Owner of The Enova Group, LLC
intp           Equivalence Investors, LLC,   85% Owner of The Enova Group, LLC
intp           Gabriel Obrador
intp           Gustavo Garrido
intp           Jason Bethala
intp           Jim Ballard
intp           John Ford
intp           Keith Hulbert
intp           Mark Newhart
intp           Robert Foxen
dft            SEGA Biofuels, LLC
intp           Sherrie Struble,   Assistant Vice President, Collections
intp           Small Business Administration
intp           Sobios1, LLC,   1% Owner of SEGA Biofuels, LLC
intp           The Enova Group, LLC,   100% Owner of Biofuels Holdings, LLC
pla            The Heritage Bank
intp           United States Department of Agriculture, Rural Dev
intp           Zach Steele,   Management/Single Investor,   10.5% Owner of Enova Processing, LLC
intp           Zach Steele,   President
                                                                                 TOTALS: 28, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2013 at the address(es) listed below:
```
              C. James McCallar, Jr.    on behalf of Defendant    SEGA Biofuels, LLC mccallar@mccallarlawfirm.com,
               tiffany.caron@mccallarlawfirm.com;mccallarlawfirm@aol.com;jmccallar@mccallarlawfirm.com
              Daniel Christian Jenkins    on behalf of Plaintiff    The Heritage Bank Daniel@kmtrial.com
              Office of the U. S. Trustee, 11    Ustpregion21.sv.ecf@usdoj.gov
```

```
District/off: 113J-5           User: cking              Page 2 of 2            Date Rcvd: Nov 20, 2013
                               Form ID: pdf004         Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Tiffany Elizabeth Caron    on behalf of Defendant    SEGA Biofuels, LLC
          tiffany.caron@mccallarlawfirm.com,
          mccallar@mccallarlawfirm.com;mccallarlawfirm@aol.com;tiffany.caron@live.com
                                                                               TOTAL: 4

Case:13-05008-JSD   Doc#:10   Filed:11/22/13   Entered:11/23/13 01:35:04   Page:2 of 4

Case:13-05008-JSD Doc#:10 Filed:11/22/13 Entered:11/23/13 01:35:04 Page:3 of 4

FILED
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Brunswick, Georgia
By cking at 3:11 pm, Nov 20, 2013

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE

SOUTHERN DISTRICT OF GEORGIA
Waycross Division

| | | |
|---|---|---|
| IN RE: SEGA BIOFUELS LLC | ) | CHAPTER 11 CASE |
| | ) | NUMBER 13-50694 |
| Debtor | ) | |
| | ) | |
| THE HERITAGE BANK | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | ADVERSARY PROCEEDING |
| vs. | ) | NUMBER 13-05008 |
| | ) | |
| SEGA BIOFUELS LLC | ) | |
| | ) | |
| Defendant | ) | |

## ORDER DENYING REQUEST FOR ENTRY OF TEMPORARY RESTRAINING ORDER

The Heritage Bank, a secured creditor in the underlying chapter 11 case, seeks a temporary restraining order (TRO) against Debtor SEGA Biofuels LLC, "enjoining Defendant [SEGA] from further destruction and conversion of Heritage Banks' tangible collateral and cash collateral." (ECF No. 1 at 8.) The request for a TRO is denied because Heritage failed to comply with the requirements for issuance of a TRO under Rule 65 of the Federal Rules of Civil Procedure.[1]

The court may issue a TRO without notice to the adverse party or its attorney only if:

---

[1] Rule 65 of the Federal Rules of Civil Procedure is made applicable in adversary proceedings by Rule 7065 of the Federal Rules of Bankruptcy Procedure.

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
>
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1)(A)-(B). Here, Heritage failed to comply with subsection (b)(1)(B), not having certified any efforts to give notice to SEGA and any reason why notice should not be required.

The request for a TRO is therefore **ORDERED DENIED** and

**FURTHER ORDERED** that a hearing on the request for a preliminary injunction will be held on Tuesday, December 3, 2013, at 2:00 p.m., in the Bankruptcy Courtroom, third floor of the Federal Building, 801 Gloucester Street, Brunswick, Georgia.

JOHN S. DALIS
United States Bankruptcy Judge

Dated at Brunswick, Georgia,
this 20th day of November, 2013.

AO 72A
(Rev. 8/82)

2