

To:
Cc:
Bcc:
Subject:   Fw: U.S. Bankruptcy Court, Southern District of Georgia - Undeliverable Notice, In re: , Case
Number: 13-05008, JSD, Ref: [p-69008908]
From:      Sharon Rankin/GASB/11/USCOURTS - Tuesday 06/03/2014 10:48 AM

Notice of Undeliverable Mail to Court - Adversary Proceeding

May 18, 2014

From: The Bankruptcy Noticing Center

Re:    Undeliverable Notice - Adversary Proceeding

In re: The Heritage Bank, Plaintiff
        SEGA Biofuels, LLC, Defendant
        Adv. Proc. No. 13-05008 JSD

The attached document could not be mailed to the notice recipient(s) listed below because the United
States Postal Service (USPS) has determined that those addresses in the case mailing list are
undeliverable. This notification is being sent for appropriate processing as your court may determine.


Undeliverable Address:
The Heritage Bank

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
SEGA Biofuels, LLC

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Brian L. Smith
President & Chief Executive Officer

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Sherrie Struble
Assistant Vice President, Collections

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Curtis J. Tumlin, II
Regional Vice President

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Zach Steele
President

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Biofuels Holdings, LLC
99% Owner of SEGA Biofuels, LLC

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Sobios1, LLC
1% Owner of SEGA Biofuels, LLC

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
The Enova Group, LLC
100% Owner of Biofuels Holdings, LLC

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Enova Processing, LLC
15% Owner of The Enova Group, LLC

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Equivalence Investors, LLC
85% Owner of The Enova Group, LLC

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Enova Energy Group, LLC
89.5% Owner of Enova Processing, LLC

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Zach Steele
Management/Single Investor

10.5% Owner of Enova Processing, LLC

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Enova Constructors, LLC

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Enova Operations

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
United States Department of Agriculture, Rural Dev

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Small Business Administration

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Robert Foxen

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
John Ford

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Douglas Albercht

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Gabriel Obrador

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Gustavo Garrido

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Keith Hulbert

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Ben Easterlin

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Mark Newhart

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Jim Ballard

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Jason Bethala

Reason Undeliverable: INCOMPLETE ADDRESS


Undeliverable Address:
Atlantic Wood Pellets Athens, LLC

Reason Undeliverable: INCOMPLETE ADDRESS